

FILED
US BANKRUPTCY CT CLERK
WESTERN DISTRICT OF KY

2020 OCT 20 PM 1:41

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:    CHARLES LYONS

                                                                       CASE NO. 17-32141

Debtor (s)

## MOTION TO DISBURSE UNCLAIMED MONIES

It appearing that in the above-named case a dividend check in the amount of $1,446.66 made payable to Charles Lyons, claimant and debtor ("Claimant"), was unnegotiated by said Claimant the Trustee having issued a stop payment on the unnegotiated dividend check, and the Clerk having subsequently deposited the funds into the Registry Account for Unclaimed Monies to be held in said account for the benefit of the Claimant,

The Claimant, Charles Lyons, now moves this Court to order the disbursement of said funds held in the Registry Account for Unclaimed Monies, and in support of this Motion states:

The Dividends were not collected by the Claimant, Charles Lyons because when the Trustee filed his report of Unclaimed funds, the Claimant had moved from 205 E Oak St., Louisville, KY 40203 and was unaware of the unclaimed funds. Claimant now seeks to recover funds from the Court's Registry. Claimant has submitted the required proof of identity and his current address is 416 Pear Orchard Rd NW, Elizabethtown, KY 42701.

WHEREFORE, Claimant requests that the Court issue an order directing the Clerk to make disbursement of said funds held in the Registry Account for Unclaimed Monies for the benefit of the Claimant, Charles Lyons.

Date: 9/30/2020

Charles Lyons, Claimant
416 Pear Orchard Rd NW,
Elizabethtown, KY 42701
(502) 418-4612

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:      CHARLES LYONS

CASE NO. 17-32141

Debtor (s)

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on this 30TH day of September, 2020, a copy of the foregoing Motion to Disburse Unclaimed Monies was served by first class mail, postage, prepaid, by hand delivery, and/or electronic case filing system to:

U.S. Attorney
Western District of Kentucky
717 West Broadway
Louisville, KY 40202

Date: 9/30/2020

Charles Lyons, Claimant
416 Pear Orchard Rd NW,
Elizabethtown, KY 42701
(502) 418-4612