

2020 OCT 20 PM 1:42

UNITED STATES BANKRUPTCY COURT
FOR THE
WESTERN DISTRICT OF KENTUCKY

IN RE:    CHARLES LYONS

CASE NO. 17-32141

Debtor (s)

### ORDER TO DISBURSE UNCLAIMED MONIES

The Court finds that an amount of $1,446.66 deposited in the Registry Account for Unclaimed Monies for the benefit of Claimant, Charles Lyons for reasons stated in the Motion filed contemporaneously herewith, is due and owing to said Claimant, therefore,

IT IS ORDERED that the Clerk, U.S. Bankruptcy Court, Western District of Kentucky, disburse this unclaimed dividend of $1,446.66 to:

Date: 9/30/2020

_____
United States Bankruptcy Judge

NOTICE OF JUDGMENT OR ORDER
ENTERED ON DOCKET:

_____

Joan A. Lloyd
United States Bankruptcy Judge
Dated: October 27, 2020